IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | O'Quinn, Lisa | Case Number: 05 B 11340 |
|---|---|---|
| | O'Quinn, Mario | Judge: Squires, John H |
| | Printed: 7/22/08 | Filed: 3/28/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 11, 2008
Confirmed: May 11, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 10,362.80 | |
| Secured: | | 7,852.38 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,999.20 |
| Trustee Fee: | | 511.22 |
| Other Funds: | | 0.00 |
| Totals: | 10,362.80 | 10,362.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,999.20 | 1,999.20 |
| 2. | Ford Motor Credit Corporation | Secured | 10,063.05 | 7,852.38 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 9,845.37 | 0.00 |
| 4. | Asset Acceptance | Unsecured | 1,326.83 | 0.00 |
| 5. | World Financial Network Nat'l | Unsecured | 65.59 | 0.00 |
| 6. | Ford Motor Credit Corporation | Unsecured | 97.39 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 21.43 | 0.00 |
| 8. | World Financial Network Nat'l | Unsecured | 34.01 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 32.94 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 38.71 | 0.00 |
| 11. | World Financial Network Nat'l | Unsecured | 58.01 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 25.59 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 143.71 | 0.00 |
| 14. | Capital One | Unsecured | 103.43 | 0.00 |
| 15. | Nicor Gas | Unsecured | 25.04 | 0.00 |
| 16. | Capital One | Unsecured | 67.63 | 0.00 |
| 17. | Illinois Dept Of Healthcare And Family | Unsecured | 2,660.62 | 0.00 |
| 18. | Premier Bankcard | Unsecured | 80.35 | 0.00 |
| 19. | Capital One | Unsecured | 124.81 | 0.00 |
| 20. | Illinois Student Assistance Commission | Unsecured | 1,200.17 | 0.00 |
| 21. | Cross Country Bank | Unsecured | | No Claim Filed |
| 22. | Credit Protection Association | Unsecured | | No Claim Filed |
| 23. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 24. | Magers & Price | Unsecured | | No Claim Filed |
| 25. | Newport News | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** O'Quinn, Lisa
O'Quinn, Mario
Printed: 7/22/08

Case Number: 05 B 11340
Judge: Squires, John H
Filed: 3/28/05

| | | | | |
|---|---|---|---|---|
| 26. | Sallie Mae | Unsecured | | No Claim Filed |
| 27. | Hooked on Phonics | Unsecured | | No Claim Filed |
| 28. | Illinois Dept Of Public Aid | Unsecured | | No Claim Filed |
| 29. | RMR | Unsecured | | No Claim Filed |

$ 28,013.88          $ 9,851.58

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 25.49 |
| 3% | 42.25 |
| 5.5% | 193.66 |
| 5% | 43.60 |
| 4.8% | 83.72 |
| 5.4% | 94.16 |
| 6.5% | 28.34 |
| | $ 511.22 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

